**Order entered October 3, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00565-CR

**MICHAEL JESSIE COWELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-81327-2012**

## ORDER

The Court **REINSTATES** the appeal.

On August 28, 2013,we ordered the trial court to make findings regarding why the reporter's record had not been filed. On September 26, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the August 28, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.


/s/    LANA MYERS
JUSTICE